IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **WILLIE KEVIN WILLIAMS,** | : |
| Petitioner, | : |
| v. | :   CIVIL ACTION 09-0299-CG-M |
| **KENNETH JONES,** | : |
| Respondents. | : |

## ORDER

After due and proper consideration of all pleadings in this file, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this court.

It is **ORDERED** that this case be and is hereby **DISMISSED**.

**DONE and ORDERED** this 5th day of October, 2009.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE