IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **WILLIE KEVIN WILLIAMS,** | : |
| Petitioner, | : |
| v. | :   CIVIL ACTION 09-0299-CG-M |
| **KENNETH JONES,** | : |
| Respondents. | : |

## JUDGMENT

It is **ORDERED, ADJUDGED**, and **DECREED** that **JUDGMENT** be entered in favor of Respondents Kenneth Jones and against Petitioner Willie Kevin Williams.

**DONE and ORDERED** this 5th day of October, 2009.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE